UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRANDON RICARDO SMITH,

    Plaintiff,

v.                                                      CASE NO. 3:24-cv-691-SJH

MICHAEL BRANDON DAFFIN,

    Defendant.
_____/

## ORDER

The parties have conferred and filed a joint Uniform Case Management Report, Doc. 35, and the Court trusts that they are capable of appropriately interacting with one another moving forward. Accordingly, (i) Plaintiff's Request for Judge to Sit in on UCMR Conference Call Between Parties, Doc. 33; and (ii) Defendant's Motion for Contempt and Order to Show Cause Against Plaintiff and Motion to Strike Docket 33 for Failure to Confer in Good Faith, Doc. 34, are each **denied without prejudice**.

**DONE AND ORDERED** in Jacksonville, Florida, on December 16, 2024.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:
*Pro Se* Plaintiff
Counsel of Record