UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRANDON RICARDO SMITH,

    Plaintiff,

v.                                                CASE NO. 3:24-cv-691-SJH

MICHAEL BRANDON DAFFIN,

    Defendant.
_____/

## ORDER

Plaintiff's Notice of Deposition Cancellation, Doc. 52, is **stricken**. Discovery materials "must not be filed until they are used in the proceeding or the court orders filing[.]" Fed. R. Civ. P. 5(d)(1); *see also* Middle District Discovery (2021) at 3. The Court has not ordered the parties to file any discovery materials. Plaintiff is directed to ensure that such discovery materials are not routinely filed in the future. To the extent any relief is sought from the Court, a request for relief must be made by motion, *see* Fed. R. Civ. P. 7(b)(1), and a motion filed with the Court must comply with Local Rule 3.01.

Plaintiff's Request for Judge to Set Stipulation and Protocol for Deposition ("Motion"), Doc. 53, is **denied without prejudice.** There is no operative pleading. Doc. 51. In addition, the Motion fails to comply with Local Rule 3.01 (including Local Rule 3.01(a) and Local Rule 3.01(g)).

Plaintiff shall ensure that all filings comply with the Federal Rules of Civil Procedure and this Court's Local Rules, including the form and typography

requirements of Local Rule 1.08.

**DONE AND ORDERED** in Jacksonville, Florida, on January 27, 2025.

Samuel J. Horovitz
United States Magistrate Judge

Copies to:
*Pro Se* Plaintiff
Counsel of Record

2